PROB22B
(12/2016)

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS** INTRA-DISTRICT TRANSFER OF JURISDICTION | DOCKET NUMBER: **4:10CR00861-003** |
| | DIVISION: **Houston** |
| NAME AND ADDRESS OF SUPERVISED PERSON: **Bird, Troy Jay** | NAME OF SENTENCING JUDGE: The Honorable Andrew S. Hanen |
| | DATE OF SUPERVISION From: **09/18/2017** To: **09/17/2020** |

OFFENSE:

**Count 1:  Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349**

**Count 3:  Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A**

| TRANSFERRING DIVISION U.S. PROBATION OFFICER: | RECEIVING DIVISION U.S. PROBATION OFFICER: |
|---|---|
| Christine King | Bryce Stark |

COMMENTS:

**ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District Of Texas, Houston Division:

It is ordered that the jurisdiction of this offender be transferred to the United States District Court, Corpus Christi Division. This Court expressly consents that the conditions and term of supervision may be modified, including revocation of supervision, by the receiving District Court without approval of this Court.

8/3/18

*Date*

Andrew S. Hanen
**United States District Judge**