IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 0 8 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA          §
                                  §
vs.                               §          CRIMINAL NO. 4:10CR861-3
                                  §
TROY JAY BIRD                     §

RECEIPT FOR WITHDRAWAL OF EXHIBITS

| X Hearing ☐ Trial<br>☐ Plaintiff  XGovernment  ☐ Defendant | |
|---|---|
| Exhibit # | Brief Description of Exhibit |
| 1-2 | Adm. 2/8/19 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Received by:     *Chris Troutman*
                 (Print Name)

Attorney for:    *USA  Mark Patterson*
                 (Plaintiff/Defendant/Other Party)

4/8/19
(Date)

                 *by Chris Troutman*
                 (Signature)